**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: STONE, ADAM EMIL § | Case No. 09-73774 |
| STONE, CARRIE ANN § | |
| § | |
| Debtor(s) § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 31, 2009.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $         8,201.68

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 1,860.99 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 4,300.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1] | $         2,040.69 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was 01/14/2010 and the deadline for filing governmental claims was 01/14/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $975.41.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $975.41, for a total compensation of $975.41.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/09/2010            By:/s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73774  
**Case Name:** STONE, ADAM EMIL  
STONE, CARRIE ANN  
**Period Ending:** 11/09/10  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 08/31/09 (f)  
**§341(a) Meeting Date:** 09/30/09  
**Claims Bar Date:** 01/14/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 10734 Potomac | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Elgin State Bank, Elgin, I | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with Elgin State Bank, Elgin, IL | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. household goods with debtors | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. books and CD's with debtors | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. clothes with debtors | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2006 Saturn Ion with 35,000 miles | 5,960.00 | 0.00 | DA | 0.00 | FA |
| 8 | 21' 2006 Mercury Tahoe Q6SF | 19,000.00 | 14,700.00 | DA | 8,200.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.68 | Unknown |
| 9 | Assets Totals (Excluding unknown values) | **$349,360.00** | **$14,700.00** | | **$8,201.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** August 31, 2010  **Current Projected Date Of Final Report (TFR):** September 23, 2010 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-73774  
**Case Name:** STONE, ADAM EMIL  
STONE, CARRIE ANN  
**Taxpayer ID #:** **-***8457  
**Period Ending:** 11/09/10

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******50-65 - Money Market Account  
**Blanket Bond:** $166,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/27/10 | {8} | Action Auctioneering | sale of boat | | 1129-000 | 8,200.00 | | 8,200.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.04 | | 8,200.04 |
| 05/24/10 | 1001 | Terry Firch | payment of fees and costs | | | | 1,855.00 | 6,345.04 |
| | | | auction fees | 1,230.00 | 3610-000 | | | 6,345.04 |
| | | | expenses | 625.00 | 3620-000 | | | 6,345.04 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.48 | | 6,345.52 |
| 06/08/10 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73774, Bond #016018067 | | 2300-000 | | 5.99 | 6,339.53 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.36 | | 6,339.89 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.38 | | 6,340.27 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.37 | | 6,340.64 |
| 09/29/10 | | To Account #9200******5066 | transfer to do final report | | 9999-000 | | 2,040.64 | 4,300.00 |
| 09/29/10 | 1003 | Adam and Carrie Stone | exemption in Mercury boat | | 8100-002 | | 4,300.00 | 0.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.05 | | 0.05 |
| | | | ACCOUNT TOTALS | | | 8,201.68 | 8,201.63 | $0.05 |
| | | | Less: Bank Transfers | | | 0.00 | 2,040.64 | |
| | | | **Subtotal** | | | **8,201.68** | **6,160.99** | |
| | | | Less: Payments to Debtors | | | | 4,300.00 | |
| | | | **NET Receipts / Disbursements** | | | **$8,201.68** | **$1,860.99** | |

{} Asset reference(s)

Printed: 11/09/2010 07:12 AM    V.12.54

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-73774 | | **Trustee:** | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| **Case Name:** | STONE, ADAM EMIL | | **Bank Name:** | The Bank of New York Mellon |
| | STONE, CARRIE ANN | | **Account:** | 9200-******50-66 - Checking Account |
| **Taxpayer ID #:** | **-***8457 | | **Blanket Bond:** | $166,000.00   (per case limit) |
| **Period Ending:** | 11/09/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/29/10 | | From Account #9200******5065 | transfer to do final report | 9999-000 | 2,040.64 | | 2,040.64 |
| | | | **ACCOUNT TOTALS** | | 2,040.64 | 0.00 | **$2,040.64** |
| | | | Less: Bank Transfers | | 2,040.64 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******50-65** | 8,201.68 | 1,860.99 | 0.05 |
| **Checking # 9200-******50-66** | 0.00 | 0.00 | 2,040.64 |
| | **$8,201.68** | **$1,860.99** | **$2,040.69** |

{} Asset reference(s)                                                                                         Printed: 11/09/2010 07:12 AM    V.12.54

Printed: 11/09/10 07:12 AM

# Claims Distribution Register

Page: 1

**Case: 09-73774   STONE, ADAM EMIL**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Admin Ch. 7 Claims:**

| | 08/31/09 | 200 | Barrick, Switzer Law Firm<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)><br>Attorney for the Trustee has voluntarily reduced his attorney's fees by $1500.00. | 2,095.00 | 595.00 | 0.00 | 595.00 | 595.00 |
| | 08/31/09 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation> | 975.41 | 975.41 | 0.00 | 975.41 | 975.41 |
| | | | **Total for Priority 200:    100% Paid** | **$3,070.41** | **$1,570.41** | **$0.00** | **$1,570.41** | **$1,570.41** |
| | | | **Total for Admin Ch. 7 Claims:** | **$3,070.41** | **$1,570.41** | **$0.00** | **$1,570.41** | **$1,570.41** |

**Unsecured Claims:**

| 1 | 10/20/09 | 610 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)> | 4,849.21 | 4,849.21 | 0.00 | 4,849.21 | 71.54 |
| 2 | 10/22/09 | 610 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><7100-00   General Unsecured § 726(a)(2)> | 1,398.16 | 1,398.16 | 0.00 | 1,398.16 | 20.62 |
| 3 | 10/28/09 | 610 | Applied Card Bank<br>Attention: General Inquiries<br>Po Box 17125<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)> | 2,591.89 | 2,591.89 | 0.00 | 2,591.89 | 38.23 |
| 4 | 11/04/09 | 610 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390<br><7100-00   General Unsecured § 726(a)(2)> | 1,223.22 | 1,223.22 | 0.00 | 1,223.22 | 18.04 |
| 5 | 12/28/09 | 610 | GE Money Bank dba LOWES CONSUMER<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 1,814.01 | 1,814.01 | 0.00 | 1,814.01 | 26.76 |
| 6 | 12/28/09 | 610 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Household Finance Corp.,POB 41067<br>NORFOLK, VA 23541<br><7100-00   General Unsecured § 726(a)(2)> | 20,004.90 | 20,004.90 | 0.00 | 20,004.90 | 295.09 |
| | | | **Total for Priority 610:   1.47509% Paid** | **$31,881.39** | **$31,881.39** | **$0.00** | **$31,881.39** | **$470.28** |
| | | | **Total for Unsecured Claims:** | **$31,881.39** | **$31,881.39** | **$0.00** | **$31,881.39** | **$470.28** |

Printed: 11/09/10 07:12 AM					Claims Distribution Register					Page: 2

Case: 09-73774    STONE, ADAM EMIL

/ Memo

| | | | | | |
|---|---|---|---|---|---|
| **Total for Case :** | | $34,951.80 | $33,451.80 | $0.00 | $33,451.80 | $2,040.69 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-73774
Case Name: STONE, ADAM EMIL
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 2,040.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,040.69

**UST Form 101-7-TFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 975.41 | 0.00 | 975.41 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 595.00 | 0.00 | 595.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,570.41 |
| Remaining balance: | $ 470.28 |

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

|  | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 470.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 31,881.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | LVNV Funding LLC | 4,849.21 | 0.00 | 71.54 |
| 2 | TARGET NATIONAL BANK | 1,398.16 | 0.00 | 20.62 |
| 3 | Applied Card Bank | 2,591.89 | 0.00 | 38.23 |
| 4 | Dell Financial Services L.L.C. | 1,223.22 | 0.00 | 18.04 |
| 5 | GE Money Bank dba LOWES CONSUMER | 1,814.01 | 0.00 | 26.76 |
| 6 | PRA Receivables Management, LLC | 20,004.90 | 0.00 | 295.09 |

Total to be paid for timely general unsecured claims: $ 470.28
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**