**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: STONE, ADAM EMIL          STONE, CARRIE ANN | § Case No. 09-73774 § § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/08/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Dated:  11/09/2010          By:  /s/JAMES E. STEVENS
                                                                Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: STONE, ADAM EMIL | § | Case No. 09-73774 |
| STONE, CARRIE ANN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $    8,201.68

*and approved disbursements of*    $    6,160.99

*leaving a balance on hand of* [1]    $    2,040.69

**Balance on hand:**    $    2,040.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | N/A | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    2,040.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 975.41 | 0.00 | 975.41 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 595.00 | 0.00 | 595.00 |

Total to be paid for chapter 7 administration expenses:  $     1,570.41
Remaining balance:  $       470.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims:  $          0.00
Remaining balance:  $        470.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,881.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| 1 | LVNV Funding LLC | 4,849.21 | 0.00 | 71.54 |
| 2 | TARGET NATIONAL BANK | 1,398.16 | 0.00 | 20.62 |
| 3 | Applied Card Bank | 2,591.89 | 0.00 | 38.23 |
| 4 | Dell Financial Services L.L.C. | 1,223.22 | 0.00 | 18.04 |
| 5 | GE Money Bank dba LOWES CONSUMER | 1,814.01 | 0.00 | 26.76 |
| 6 | PRA Receivables Management, LLC | 20,004.90 | 0.00 | 295.09 |

Total to be paid for timely general unsecured claims:   $   470.28
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith               Page 1 of 2                   Date Rcvd: Nov 10, 2010
Case: 09-73774                 Form ID: pdf006              Total Noticed: 30

The following entities were noticed by first class mail on Nov 12, 2010.
db/jdb        +Adam Emil Stone,   Carrie Ann Stone,   10734 Potomac Drive,   Huntley, IL 60142-4006
aty           +Erick J Bohlman,   Bohlman Law Offices, PC,   780 McArdle Dr.,   Unit F,
               Crystal Lake, IL 60014-8155
tr            +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, IL 61108-2579
14395500      +Applied Card Bank,   Attention: General Inquiries,   Po Box 17125,   Wilmington, DE 19850-7125
14395501      +Beneficial/hfc,   Po Box 1547,   Chesapeake, VA 23327-1547
14395502      +Blitt and Gaines PC,   611 Glenn Avenue,   Wheeling, IL 60090-6017
14395503      +Bnkunted Fsb,   7815 Nw 148th St,   Miami Lakes, FL 33016-1554
14395504     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
               Norcross, GA 30091)
14395505      +Central DuPage Hospital,   25 N. Winfield Road,   Winfield, IL 60190-1295
14395506      +Citfingerhut,   6250 Ridgewood Roa,   Saint Cloud, MN 56303-0820
14395507      +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14685396       Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
               Greenville, SC 29603-0390
14395510      +Encore Receivable Management,   400 N. Rogers Road,   PO Box 3330,   Olathe, KS 66063-3330
14395511      +First Financial Portfolio Mngmt Inc,   c/o Stoneleigh Recovery Assoc. LLC,   PO Box 1441,
               Lombard, IL 60148-8441
14395512      +Firstsource Advantage, LLC,   205 Bryant Woods South,   Amherst, NY 14228-3609
14395513      +Friedman & Wexler, LLC,   500 W. Madison Street, Suite 2910,   Chicago, IL 60661-4571
14395514      +G M A C,   2740 Arthur St,   Roseville, MN 55113-1303
14395516      +HSBC Card Services,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
14395519      +Medical Business Burea,   1460 Renaissance Dr,   Park Ridge, IL 60068-1331
14395520      +Nationwide Credit, Inc.,   2015 Vaughn Rd., Ste. 400,   Kennesaw, GA 30144-7802
14893276      +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,
               c/o Household Finance Corp.,   POB 41067,   NORFOLK VA 23541-1067
14395521      +SIMM Associates, Inc.,   800 Pencader Drive,   Newark, DE 19702-3354
14616094      +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14395522      +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
The following entities were noticed by electronic transmission on Nov 11, 2010.
14395508      +E-mail/Text: resurgentbknotifications@resurgent.com                            Collection,
               Attn: Bankrutpcy Department,   Po Box 10587,   Greenville, SC 29603-0587
14893271      +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2010 08:37:54     GE Money Bank dba LOWES CONSUMER,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14395515      +E-mail/Text: bankruptcy@hraccounts.com                            H & R Accounts Inc,   Po Box 672,
               Moline, IL 61266-0672
14605726       E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14395517      +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2010 06:16:47     Lowes / MBGA,
               Attention: Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076-9106
14395518      +E-mail/Text: resurgentbknotifications@resurgent.com                            Lvnv Funding Llc,
               Po Box 740281,   Houston, TX 77274-0281
                                                                                              TOTAL: 6
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, Il 61108-2579
14395509     ##+Dell Financial Services,   Attn: Bankruptcy Dept.,   12234 North Ih 35,   Austin, TX 78753-1724
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: lorsmith           Page 2 of 2              Date Rcvd: Nov 10, 2010
Case: 09-73774                Form ID: pdf006          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2010**                    **Signature:**     *Joseph Speetjens*