# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: STONE, ADAM EMIL | § Case No. 09-73774 |
| STONE, CARRIE ANN | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $349,360.00 *(without deducting any secured claims)* | Assets Exempt: $4,300.00 |
| Total Distribution to Claimants: $470.28 | Claims Discharged Without Payment: $42,369.11 |
| Total Expenses of Administration: $3,431.40 | |

3) Total gross receipts of $ 8,201.68  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,300.00  (see **Exhibit 2**), yielded net receipts of $3,901.68 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $338,552.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 4,931.40 | 3,431.40 | 3,431.40 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 37,486.00 | 31,881.39 | 31,881.39 | 470.28 |
| **TOTAL DISBURSEMENTS** | $376,038.00 | $36,812.79 | $35,312.79 | $3,901.68 |

    4) This case was originally filed under Chapter 7 on August 31, 2009. The case was pending for 18 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/15/2011    By: /s/JAMES E. STEVENS
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 21' 2006 Mercury Tahoe Q6SF | 1129-000 | 8,200.00 |
| Interest Income | 1270-000 | 1.68 |
| **TOTAL GROSS RECEIPTS** | | **$8,201.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Adam and Carrie Stone | exemption in Mercury boat | 8100-002 | 4,300.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,300.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | G M A C | 4110-000 | 10,049.00 | N/A | N/A | 0.00 |
| NOTFILED | Bnkunted Fsb | 4110-000 | 328,503.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$338,552.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 975.41 | 975.41 | 975.41 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 2,095.00 | 595.00 | 595.00 |
| Terry Firch | 3610-000 | N/A | 1,230.00 | 1,230.00 | 1,230.00 |
| Terry Firch | 3620-000 | N/A | 625.00 | 625.00 | 625.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.99 | 5.99 | 5.99 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 4,931.40 | 3,431.40 | 3,431.40 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LVNV Funding LLC | 7100-000 | N/A | 4,849.21 | 4,849.21 | 71.54 |
| 2 | TARGET NATIONAL BANK | 7100-000 | 1,398.00 | 1,398.16 | 1,398.16 | 20.62 |
| 3 | Applied Card Bank | 7100-000 | 2,591.00 | 2,591.89 | 2,591.89 | 38.23 |
| 4 | Dell Financial Services L.L.C. | 7100-000 | 1,223.00 | 1,223.22 | 1,223.22 | 18.04 |
| 5 | GE Money Bank dba LOWES CONSUMER | 7100-000 | 1,814.00 | 1,814.01 | 1,814.01 | 26.76 |
| 6 | PRA Receivables Management, LLC | 7100-000 | 19,502.00 | 20,004.90 | 20,004.90 | 295.09 |
| NOTFILED | Collection | 7100-000 | 4,725.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa | 7100-000 | 1,114.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts Inc | 7100-000 | 387.00 | N/A | N/A | 0.00 |
| NOTFILED | Citfingerhut | 7100-000 | 696.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Burea | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 1,156.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | 37,486.00 | 31,881.39 | 31,881.39 | 470.28 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-73774 | | Trustee: | (330420) JAMES E. STEVENS |
|---|---|---|---|---|
| Case Name: | STONE, ADAM EMIL | | Filed (f) or Converted (c): | 08/31/09 (f) |
| | STONE, CARRIE ANN | | §341(a) Meeting Date: | 09/30/09 |
| Period Ending: | 02/15/11 | | Claims Bar Date: | 01/14/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10734 Potomac | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Elgin State Bank, Elgin, I | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with Elgin State Bank, Elgin, IL | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. household goods with debtors | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. books and CD's with debtors | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. clothes with debtors | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2006 Saturn Ion with 35,000 miles | 5,960.00 | 0.00 | DA | 0.00 | FA |
| 8 | 21' 2006 Mercury Tahoe Q6SF | 19,000.00 | 14,700.00 | DA | 8,200.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.68 | FA |
| 9 | Assets  Totals (Excluding unknown values) | $349,360.00 | $14,700.00 | | $8,201.68 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    August 31, 2010          Current Projected Date Of Final Report (TFR):    September 23, 2010 (Actual)

Printed: 02/15/2011 01:26 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-73774 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | STONE, ADAM EMIL | | Bank Name: | The Bank of New York Mellon |
| | STONE, CARRIE ANN | | Account: | 9200-******50-65 - Money Market Account |
| Taxpayer ID #: | **-***8457 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 02/15/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/27/10 | {8} | Action Auctioneering | sale of boat | | 1129-000 | 8,200.00 | | 8,200.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.04 | | 8,200.04 |
| 05/24/10 | 1001 | Terry Firch | payment of fees and costs | | | | 1,855.00 | 6,345.04 |
| | | | auction fees | 1,230.00 | 3610-000 | | | 6,345.04 |
| | | | expenses | 625.00 | 3620-000 | | | 6,345.04 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.48 | | 6,345.52 |
| 06/08/10 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73774, Bond #016018067 | | 2300-000 | | 5.99 | 6,339.53 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.36 | | 6,339.89 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.38 | | 6,340.27 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.37 | | 6,340.64 |
| 09/29/10 | | To Account #9200******5066 | transfer to do final report | | 9999-000 | | 2,040.64 | 4,300.00 |
| 09/29/10 | 1003 | Adam and Carrie Stone | exemption in Mercury boat | | 8100-002 | | 4,300.00 | 0.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.05 | | 0.05 |
| 12/08/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.00 | | 0.05 |
| 12/08/10 | | To Account #9200******5066 | transfer to close money market account | | 9999-000 | | 0.05 | 0.00 |

|  | ACCOUNT TOTALS | 8,201.68 | 8,201.68 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 2,040.69 | |
|  | Subtotal | 8,201.68 | 6,160.99 | |
|  | Less: Payments to Debtors | | 4,300.00 | |
|  | NET Receipts / Disbursements | $8,201.68 | $1,860.99 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-73774 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | STONE, ADAM EMIL | | Bank Name: | The Bank of New York Mellon |
| | STONE, CARRIE ANN | | Account: | 9200-******50-66 - Checking Account |
| Taxpayer ID #: | **-***8457 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 02/15/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/10 | | From Account #9200******5065 | transfer to do final report | 9999-000 | 2,040.64 | | 2,040.64 |
| 12/08/10 | | From Account #9200******5065 | transfer to close money market account | 9999-000 | 0.05 | | 2,040.69 |
| 12/14/10 | 101 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $595.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 595.00 | 1,445.69 |
| 12/14/10 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $975.41, Trustee Compensation;  Reference: | 2100-000 | | 975.41 | 470.28 |
| 12/14/10 | 103 | LVNV Funding LLC | Dividend paid   1.47% on $4,849.21; Claim# 1; Filed: $4,849.21; Reference: | 7100-000 | | 71.54 | 398.74 |
| 12/14/10 | 104 | TARGET NATIONAL BANK | Dividend paid   1.47% on $1,398.16; Claim# 2; Filed: $1,398.16; Reference: | 7100-000 | | 20.62 | 378.12 |
| 12/14/10 | 105 | Applied Card Bank | Dividend paid   1.47% on $2,591.89; Claim# 3; Filed: $2,591.89; Reference: | 7100-000 | | 38.23 | 339.89 |
| 12/14/10 | 106 | Dell Financial Services L.L.C. | Dividend paid   1.47% on $1,223.22; Claim# 4; Filed: $1,223.22; Reference: | 7100-000 | | 18.04 | 321.85 |
| 12/14/10 | 107 | GE Money Bank dba LOWES CONSUMER | Dividend paid   1.47% on $1,814.01; Claim# 5; Filed: $1,814.01; Reference: | 7100-000 | | 26.76 | 295.09 |
| 12/14/10 | 108 | PRA Receivables Management, LLC | Dividend paid   1.47% on $20,004.90; Claim# 6; Filed: $20,004.90; Reference: | 7100-000 | | 295.09 | 0.00 |

| | | | |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 2,040.69 | 2,040.69 | $0.00 |
| Less: Bank Transfers | 2,040.69 | 0.00 | |
| Subtotal | 0.00 | 2,040.69 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $2,040.69 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| MMA # 9200-******50-65 | 8,201.68 | 1,860.99 | 0.00 |
| Checking # 9200-******50-66 | 0.00 | 2,040.69 | 0.00 |
| | $8,201.68 | $3,901.68 | $0.00 |

{} Asset reference(s)

Printed: 02/15/2011 01:26 PM    V.12.56

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**09-73774**
**STONE, ADAM EMIL, DEBTOR**
**JAMES E STEVENS (0000330420)**
**TRUSTEE**
6833 STALTER DRIVE
ROCKFORD, IL 61108

**Statement Period**
January 1 - January 31, 2011

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

## CONSOLIDATED BALANCE SUMMARY

|  | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** |  |  |  |
| 92009948465066 |  | $295.09 | $0.00 |
| **MONEY MARKET ACCOUNT** |  |  |  |
| 92009948465065 |  | $0.00 | $0.00 |
| **Total** |  | $295.09 | $0.00 |

### Important Information Regarding Your Account

FEBRUARY 21ST, PRESIDENTS' DAY, IS A BANK HOLIDAY AND ANY BANKING TRANSACTIONS CONDUCTED THIS DAY WILL BE POSTED THE FOLLOWING BUSINESS DAY. HOWEVER, THE BMS BANKING CENTER WILL BE AVAILABLE DURING NORMAL BUSINESS HOURS. THE BMS BANKING CENTER IS AVAILABLE MONDAY-FRIDAY FROM 8AM TO 8PM ET. PLEASE CALL US AT (800) 634-7734, OPTION 8 FOR ALL YOUR BANKING NEEDS.

**As of January 31, 2011, the funds for this case were on deposit in the following institutions as shown below:**
Citi                                                        $0.00
**Grand Total:**                                    **$0.00**

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
January 1 - January 31, 2011

**09-73774**
**STONE, ADAM EMIL, DEBTOR**
**JAMES E STEVENS (0000330420)**

## CHECKING ACCOUNT SUMMARY                                                   Account No. 92009948465066

|  | Instances | Amount |
|---|---|---|
| **Beginning Balance** |  | $295.09 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 1 | $(295.09) |
| **Ending Balance** | 1 | $0.00 |

## TRANSACTION DETAIL

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/10 | CHECK # 0000000108 | $(295.09) |  | $0.00 |
| **Totals** |  | $(295.09) | $0.00 |  |

## CHECKS PAID IN NUMERIC ORDER
(* Indicates a break in the check sequence)

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 108 | 01/10 | $295.09 |  |  |  |  |  |  |
|  |  |  |  |  | Total Checks Paid: |  |  | $295.09 |

**As of January 31, 2011, the funds for this account were on deposit in the following institutions as shown below:**
Citi                                    $0.00
**Grand Total:**                        **$0.00**